**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Francisco Javier ASTORGA–
VELARDE, Defendant–
Appellant.**

**No. 13–1063.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted July 24, 2014.*

Filed Sept. 4, 2014.

Lisa E. Jennis, Esquire, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Anders V. Rosenquist, Jr., Esquire, Phoenix, AZ, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Francisco Javier Astorga–Velarde appeals from the district court's judgment and challenges his guilty-plea conviction and 144–month sentence for using and carrying a firearm during and in relation to a crime of violence and possessing a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Astorga–Velarde's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Astorga–Velarde the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Astorga–Velarde has waived his right to appeal his conviction and 144–month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See*

*United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

